IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **RYAN D. HUMPHREY,** | ) | CASE NO. 1:05 CV 1583 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **MARGARET BRADSHAW, WARDEN,** | ) | Magistrate Judge William H. Baughman, Jr. |
| | ) | |
| Respondent. | ) | **JUDGMENT** |

Pursuant to this Court's Memorandum Opinion and Order, the Report and Recommendation of Magistrate Judge William H. Baughman (Document #11) is ADOPTED. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Document #1) is hereby DISMISSED on the basis that it is untimely.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

s/Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: December 4, 2007